UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :   PRO SE
WILFREDO RODRIGUEZ,                 :
                Petitioner,         :   07 Civ. 10655(SHS)(THK)
                                    :
     -against-                      :
                                    :   **ORDER**
SUPERINTENDENT FRANK MCCRAY         :
                                    :
                Respondent.         :
                                    :
------------------------------------X

**THEODORE H. KATZ, United States Magistrate Judge.**

This action for a writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254, has been referred to this Court by the Honorable Loretta A. Stein, United States District Judge. In accordance with Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts, this Court has preliminarily considered the Petition. Upon review of the Petition herein, it is hereby:

> ORDERED, that the Clerk shall serve, by certified mail, a copy of this Order and the Petition, herein upon the Attorney General of the State of New York and the District Attorney of the County of Bronx; and it is further
>
> ORDERED, that respondent serve and file an answer to the Petition by February 15, 2008; respondent shall address the merits of the petition and the satisfaction of any procedural prerequisites; the answer should be provided in hard copy as well as on a 3 ½ " x 5" diskette in a form compatible with WordPerfect 9; and it is further
>
> ORDERED, that respondent submit to this Court with its answer a copy of relevant portions of the state court record from the state actions(s) arising out of the conviction attacked herein, including, but not limited to, trial transcripts, sentencing minutes, trial court and appellate decisions, appellate briefs and post-trial motions and decisions; and it is further

ORDERED, that any reply by petitioner to respondent's submissions shall be filed and served by March 14, 2008.

SO ORDERED.

_____
Theodore H. Katz
United States Magistrate Judge

Dated: December 18, 2007
       New York, New York

Copies mailed this date to:

Robert S. Dean, Esq.
Center for appellate Litigation
74 Trinity Place - 11th Floor
New York, New York 10006