

# OFFICE OF THE DISTRICT ATTORNEY, Bronx County

ROBERT T. JOHNSON
*District Attorney*

198 East 161st Street
Bronx, New York 10451

(718) 590-2156
Fax 590-6523

RECEIVED
APR 17
CHAMBERS OF
THEODORE H. KATZ
US MAGISTRATE JUDGE

April 14, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/08

The Honorable Theodore H. Katz
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 1660
New York, NY 10007

RE: *Wilfredo Rodriguez v. Frank McCray*
07-Civ-10655 (SHS)(THK)

**ENDORSED**

Your Honor:

    I am currently assigned to handle the District Attorney's response to petitioner's *habeas corpus* petition in the above matter. Our response is due on April 18, 2008. I am writing to request an extension to file our Answer on or before May 2, 2008. This letter is respondent's third request for an adjournment, the first two of which were granted to the date requested. Petitioner's attorney has consented to respondent's requested date.

    I am currently assigned two post-judgment motions in New York State Supreme Court filed by incarcerated defendants. I have also been preparing a response to another habeas corpus petition in the Southern District of New York, which I filed on Friday, April 11th. Accordingly, I respectfully request that this Court adjourn the date for our response to May 2, 2008. If your Honor will need to contact me, I can be reached at (718) 590-7997. Thank you.

Respectfully submitted,

ANDREW S. HOLLAND (AH 7549)
Assistant District Attorney

cc: Jody G. Ratner, Esq.
    Attorney for Petitioner
    Center for Appellate Litigation
    74 Trinity Place, 11th Floor
    New York, NY 10006

*The response will be filed by May 2, 2008. Any reply will be filed by May 30, 2008.*

**SO ORDERED**
4/18/08

THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

COPIES MAILED
TO COUNSEL OF RECORD ON 4/18/08